January 28, 2011

Mr. Graham Baker
The Law Office of Graham Baker, PLLC.
926 Chulie Drive
San Antonio, TX 78216
Mr. Kyle Corey
3508 Watercrest Ct.
Dallas, TX 75234

RE: Case Number: 09-0480
 Court of Appeals Number: 05-09-00121-CV
 Trial Court Number: DF-98-15998

Style: IN THE INTEREST OF C.H.C., A CHILD

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Christina |
| |Hawkins |
| |Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |